**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CRAIG PITTMAN, Individually,** | § | |
| **KELLY KONACK PITTMAN, Individually,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **Civil Action No. 3:18-CV-3076-M** |
| | § | |
| **SETERUS, INC.,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiffs' *Motion Under Rule 19 and Rule 20 of the Federal Rules of Civil Procedure to Add Nationstar Mortgage LLC d/b/a Mr. Cooper as a Party to Plaintiffs' Verified Original Petition for Declaratory Relief, Application for Temporary Restraining Order and Temporary Injunction*, filed April 15, 2019 (doc. 26), and any motion to substitute (*see* doc. 38 at 2), are **DENIED**.

**SIGNED** this 6th day of June, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE