IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG PITTMAN, Individually, | § | |
| KELLY KONACK PITTMAN, Individually, | § | |
| Plaintiffs, | § | |
| vs. | § | Civil Action No. 3:18-CV-3076-M |
| | § | |
| SETERUS, INC., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6)*, filed December 3, 2018 (doc. 9) is **GRANTED**, and the *Plaintiffs' Emergency Ex Parte Application for Temporary Restraining Order, Preliminary Injunction and Order to Show Cause*, filed April 24, 2019 (doc. 28) is **DENIED**. By separate judgment, all of the plaintiffs' claims will be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

**SIGNED** this 6th day of June, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE